IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
SEP 2 9 2005
FRED L/BORCH, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
        Plaintiff, )
 )
v. )
 )
NEW HANOVER REGIONAL MEDICAL )
CENTER )
 )
        Defendant. )
_____)

CIVIL ACTION NO. 7:05-CV-180-D2

COMPLAINT
JURY TRIAL DEMAND

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Heather Allely, who was adversely affected by such practices. The Commission alleges that Defendant New Hanover Regional Medical Center, discriminated against Ms. Allely because of her disability, paraplegia, in violation of Section 102(a) of Title I of the Americans with Disabilities Act, 42 U.S.C. §12112(a), when it refused to hire Ms. Allely for the position of Patient Access Technician because of her disability.

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42

U.S.C. §2000(e)-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of North Carolina, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. §12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, Defendant New Hanover Regional Medical Center has continuously been a North Carolina corporation doing business in the State of North Carolina and the City of Wilmington.

5. At all relevant times, Defendant New Hanover Regional Medical Center, has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant New Hanover Regional Medical Center has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Heather Allely filed a charge with the Commission alleging violations of Title I of the ADA by Defendant New

Hanover Regional Medical Center. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. At all relevant times, Heather Allely, who is a paraplegic, was a qualified individual with a disability as defined by Section 101(8) of Title I of the Americans with Disabilities Act, 42 U.S.C. §12111(8), and could perform the essential functions of the Patient Access Technician position she sought with Defendant with or without reasonable accommodation.

9. Since approximately May 24, 2004, Defendant New Hanover Regional Medical Center has engaged in unlawful employment practices at its Wilmington, N.C., facility. Specifically, Defendant has failed to hire Heather Allely for the position of Patient Access Technician because of her disability, paraplegia, in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. §12112(a).

10. The effect of the practices complained of in paragraph 9 above has been to deprive Heather Allely of equal employment opportunities and otherwise adversely affect her status as an employee because of her disability.

11. The unlawful employment practices complained of in paragraph 9 above were intentional.

12. The unlawful employment practices complained of in paragraph 9 above were done with malice or with reckless indifference to the federally protected rights of Heather Allely.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant New Hanover Regional Medical Center, its officers, successors, assigns, and all persons in active concert or participation

with it, from refusing to hire qualified individuals with a disability and from any other employment practice that discriminates on the basis of disability.

B. Order Defendant New Hanover Regional Medical Center to institute and carry out policies, practices, and programs that provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant New Hanover Regional Medical Center to make whole Heather Allely by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to the reinstatement of Heather Allely.

D. Order Defendant New Hanover Regional Medical Center to make whole Heather Allely by providing compensation for past and future pecuniary losses resulting from the unlawful practices described above in amounts to be determined at trial.

E. Order Defendant New Hanover Regional Medical Center to make whole Heather Allely by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self esteem, and loss of civil rights, in amounts to be determined at trial.

F. Order Defendant New Hanover Regional Medical Center, to pay punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 29th day of September, 2005.

> Respectfully submitted,
>
> JAMES L. LEE
> Deputy General Counsel
>
> GWENDOLYN YOUNG REAMS
> Associate General Counsel
>
> EQUAL EMPLOYMENT OPPORTUNITY
> COMMISSION
> 1801 L Street, N.W.
> Washington, D.C. 20507
>
> *Lynette A. Barnes* by Kerith Cohen w/ permission
> LYNETTE A. BARNES
> Acting Regional Attorney
> EQUAL EMPLOYMENT OPPORTUNITY
> COMMISSION
> 129 W. Trade Street, Suite 400
> Charlotte, North Carolina 28202
>
> *Kerith Cohen*
> KERITH COHEN
> Senior Trial Attorney
> EQUAL EMPLOYMENT OPPORTUNITY
> COMMISSION
> 1309 Annapolis Drive
> Raleigh, North Carolina 27608-2129
> Telephone: 919.856.4148
> Facsimile: 919.956.4156